MATTHEW C. CLARK, SBN 218784
TANYA D. ALSHEIKH, SBN 315769
CHAIN | COHN | STILES
1731 Chester Avenue
Bakersfield, CA 93301
E-Mail: mclark@chainlaw.com
E-Mail: talsheikh@chainlaw.com
Telephone: (661) 323-4000
Facsimile: (661) 324-1352

RAYMA CHURCH, SBN 154897
RYAN D. LIBKE, SBN 193742
EMERSON – CHURCH
802 W. Pinedale Avenue, Suite 104
Fresno, CA 93711-5777
E-Mail: rchurch@lawemerson.com
E-Mail: rlibke@lawemerson.com
Telephone: (559) 432-7641
Facsimile: (559) 432-7639

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY PHILBRICK,<br><br>    Plaintiff,<br><br>v.<br><br>BEST TIME RV, L.P.; JONAS DEUTSCH; and DOES 1 to 50, inclusive<br><br>    Defendants. | CASE NO. 1:18-CV-01562-AWI-JLT<br><br>STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER THEREON<br><br>(Doc. 7) |

WHEREAS, this matter is scheduled for a Scheduling Conference on February 4, 2019.

WHEREAS, Defendant BEST TIME RV, L.P. was served with the Summons and Complaint on December 17, 2018. Defendant, BEST TIME RV, L.P. filed its Answer to the Complaint on January 7, 2019.

WHEREAS, Defendant JONAS DEUTSCH is a resident of Germany. The Summons, Complaint and accompanying documents have been professionally translated into German and

sent to an international process server for service according to the Hague Act. To date, service of process has not been effectuated. Therefore, this matter is not at issue.

WHEREAS, counsel for Defendant BEST TIME RV, Rayma Church, Esq., is set to begin a six week jury trial in Fresno. Ms. Church would like to personally attend the Scheduling Conference, but is unavailable on February 4, 2019.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the Scheduling Conference scheduled for February 4, 2019, may be continued for sixty days.

DATED: January 16, 2019                    CHAIN | COHN | STILES

                                        */s/ Matthew C. Clark*
BY: _____
    MATTHEW C. CLARK
    Attorney for Plaintiff

DATED: January 16, 2019                    EMERSON – CHURCH

                                        */s/ Rayma Church*
BY: _____
    RAYMA CHURCH
    Attorney for Defendant, BEST TIME RV

### **ORDER**

IT IS HEREBY ORDERED that the Scheduling Conference scheduled for February 4, 2019 is hereby continued to April 1, 2019 at 9:00 a.m. in Bakersfield, CA.

IT IS SO ORDERED.

Dated:   **January 16, 2019**                    **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE

CHAIN | COHN | STILES
1731 CHESTER AVENUE
BAKERSFIELD, CA 93301
(661) 323-4000