MATTHEW C. CLARK, SBN 218784
TANYA D. ALSHEIKH, SBN 315769
CHAIN | COHN | STILES
1731 Chester Avenue
Bakersfield, CA 93301
E-Mail: mclark@chainlaw.com
E-Mail: talsheikh@chainlaw.com
Telephone: (661) 323-4000
Facsimile: (661) 324-1352

RAYMA CHURCH, SBN 154897
RYAN D. LIBKE, SBN 193742
EMERSON – CHURCH
802 W. Pinedale Avenue, Suite 104
Fresno, CA 93711-5777
E-Mail: rchurch@lawemerson.com
E-Mail: rlibke@lawemerson.com
Telephone: (559) 432-7641
Facsimile: (559) 432-7639

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY PHILBRICK,<br><br>            Plaintiff,<br><br>    v.<br><br>BEST TIME RV, L.P.; JONAS DEUTSCH; and DOES 1 to 50, inclusive<br><br>            Defendants. | CASE NO. 1:18-CV-01562-AWI-JLT<br><br>STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER THEREON<br>(Doc. 9) |

WHEREAS, this matter is scheduled for a Scheduling Conference on April 1, 2019.

WHEREAS, Defendant BEST TIME RV, L.P. was served with the Summons and Complaint on December 17, 2018. Defendant, BEST TIME RV, L.P. filed its Answer to the Complaint on January 7, 2019.

WHEREAS, Defendant JONAS DEUTSCH is a resident of Germany. At the time on the incident giving rise to this case, JONAS DEUTSCH was traveling through California, in a vehicle rented from BEST TIME RV, L.P. The Summons, Complaint and accompanying documents have

STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER THEREON

been professionally translated into German and sent to an international process server for service. The service request was submitted to Germany authorities in accordance with the Hague Act. Plaintiff's counsel has been informed that service of process is conducted by a court bailiff in Germany, in accordance with German civil procedure. Plaintiff's counsel has been informed by the international process server that this process normally takes two to three months. To date, service of process has not been effectuated.

Plaintiff's counsel has been diligent in communicating with the international process server. According to the process server, it can be reasonably anticipated that service will be effectuated by the end of March, 2019.

Despite Plaintiff's counsel's best efforts, this matter is not at issue.

Plaintiff's counsel and counsel for BEST TIME RV, L.P., have communicated regarding this service issue. Both counsel agree that a Scheduling Conference would be ineffective without an appearance by defendant, JONAS DEUTSCH. It was agreed between counsel that Scheduling Conference currently set for April 1, 2019 should be continued for approximately 75 days, allowing time to effectuate service, and time for a responsive pleading from defendant, JONAS DEUTSCH.

///
///
///
///
///
///
///
///
///
///
///

STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER THEREON

CHAIN | COHN | STILES
1731 CHESTER AVENUE
BAKERSFIELD, CA 93301
(661) 323-4000

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the Scheduling Conference scheduled for April 1, 2019, may be continued for seventy-five (75) days.

DATED:  February 26, 2019                          CHAIN | COHN | STILES


                                                          */s/ Matthew C. Clark*
                                                   BY: _____
                                                          MATTHEW C. CLARK
                                                          Attorney for Plaintiff


DATED:  February 26, 2019                          EMERSON – CHURCH

                                                          */s/ Rayma Church*

                                                   BY: _____
                                                          RAYMA CHURCH
                                                          Attorney for Defendant, BEST TIME
                                                          RV


### **ORDER**

Based upon the fact that a defendant has not yet been served and upon the stipulation of the parties, the scheduling conference is **CONTINUED** to  July 1, 2019 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  **February 26, 2019**                    **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE

CHAIN | COHN | STILES
1731 CHESTER AVENUE
BAKERSFIELD, CA 93301
(661) 323-4000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28