# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY PHILBRICK, | Case No.: 1:18-CV-01562-JLT |
| Plaintiff, | ORDER DISMISSING THE CASE |
| v. | (Doc. 23) |
| BEST TIME RV, L.P., | |
| Defendant. | |

The parties have stipulated to dismiss the action with prejudice. (Doc. 23) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the action is DISMISSED with PREJUDICE and Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **April 21, 2020**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1